UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MEI WANG CHENG,

Petitioner,

v.                                                      CAUSE NO. 3:26-CV-243-CCB-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Mei Wang Cheng from custody on appropriate conditions of supervised release. ECF 11. Respondent reports that the petitioner has since been released. ECF 12.

The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on June 30, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT